# Bright *v.* Pennsylvania Railroad Company, Appellant (No. 2).

OPINION BY ORLADY, P. J., March 2, 1918:

The facts in this case are the same as the ones disposed of in Edith M. Bright v. Penna. R. R. Co., No. 6, October Term, 1917, and for the reasons therein stated, the judgment in this case is reversed.